F. R. TRIPLER & Co., INC., Appellant, *v.* BERNARD WEATHERILL, INC., Respondent.

(Argued October 21, 1932; decided November 22, 1932.)

*Christian S. Lorentzen* and *Charles E. Kelley* for appellant.

*H. T. Mann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.